Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

2332068870

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124

20180430-260

PAUL FICKETT
61 MAIN RD
EDDINGTON, ME  04428-3001





W_ME_RTC



04/30/2018

PAUL FICKETT
61 MAIN RD
EDDINGTON, ME 04428-3001

Loan Number:
Property Address:     61 MAIN RD
                         EDDINGTON, ME 04428-3001

## NOTICE OF RIGHT TO CURE

Dear PAUL FICKETT:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST    (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 06/07/2018 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $55,351.73, which consists of the following:

| | | |
|---|---|---:|
| Next Payment Due Date : | | 09/01/2012 |
| Total Monthly Payments Due for 68 months: | | $49,867.01 |
|    Principal: | $22,268.90 | |
|    Interest: | $13,915.24 | |
|    Tax and Insurance (escrow): | $13,682.87 | |
| Late Charges: | | $383.02 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $5,139.30 |
| | Unapplied Balance: | ($37.60) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$55,351.73** |

You can cure this default by making a payment of $55,351.73 by 06/07/2018 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.



2332068870

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

> Caliber Home Loans, Inc.
> PO Box 650856
> Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $125,941.23. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437



2332068870

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** PENQUIS COMMUNITY ACTION
PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION
PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Website:** http://waldocap.org

**Agency Name:** COASTAL ENTERPRISES,
INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT
CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** http://www.avestahousing.org

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org

**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Website:** http://cflme.org/

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
- SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St 5Th Floor
Portland, Maine 04101
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE,
INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION
PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION
AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO
DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Website:** www.community-concepts.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY
ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME          VCP12



2332068870