UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 1:18-cv-00389-DBH

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**<br><br>**Plaintiff**<br><br>vs.<br><br>**Paul S. Fickett**<br><br>**Defendant** | **RE:**<br>**61 Main Road, Eddington, ME 04428**<br><br>Mortgage:<br>**November 21, 2005**<br>**Book 10204, Page 66** |

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on May 7, 2019. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by Reneau J. Longoria, Esq. Defendant Paul S. Fickett did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is **GRANTED**. Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pays U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($161,384.04) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---:|---:|
| Principal Balance: | $125,941.23 |
| Escrow Balance: | $14,958.08 |
| Total Interest: | $20,359.31 |
| Late Charge: | $163.02 |
| Less Unapplied Funds: | ($37.60) |
| **Grand Total:** | **$161,384.04** |

2. If the Defendant or his/her heirs or assigns does not pay U.S. Bank the amount adjudged due and owing ($161,384.04) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Eddington Property shall terminate, U.S. Bank shall conduct a public sale of the Eddington Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $161,384.04 after deducting the expenses of the sale, with any surplus to the Defendant, or his heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $161,384.04.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $161,384.04, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant, who has second priority.

7. The prejudgment interest rate is 2.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Paul S. Fickett<br>264 Main Street, Apt. 3<br>Ellsworth, ME 04605 | Pro Se |

a) The docket number of this case is No. 1:18-cv-00389-DBH.

b) The Defendant, the only party to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 61 Main Road, Eddington, ME 04428, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 61 Main Road, Eddington, ME 04428. The Mortgage was executed by the Defendant on November 21, 2005. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 10204, Page 66.

e) **This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 61 Main Road, Eddington, ME 04428.**

**SO ORDERED.**

DATED THIS 8TH DAY OF May, 2019           /s/ D. Brock Hornby
                                                  **D. BROCK HORNBY**
                                                  **U.S. DISTRICT JUDGE**